| | |
|---|---|
| Case Number: | 21-14638 NVA — ISAMOERT |
| Petition Filing Date: | 7/14/2021 |
| Plan Filing Date: | 7/15/2021 |
| First Payment: | 8/13/2021 |
| Confirmation Date and Time: | 9/21/2021 2:00 PM |
| Cont 341 Date and Time: | 1/1/1900 |
| Counsel: | JEFFREY P NESSON |
| Phone #: | 4103634488 |
| E-Mail: | mdbkcourt@gmail.com |

☑ Photo ID & SSN Verified      341      ☐ Hold Open  ☑ Concluded

Prior Cases: 2019 Ch. 13 DM
2019 Ch. 13 DM
2017 Ch. 13 DM
2016 Ch. 7DC
2019 Ch. 13 DM
First Meeting Date: 8/19/2021

**Present Creditors:**

| | |
|---|---|
| **Plan:** | 3.5 Clarify refund turnover (box checked for over $500, but no years and nothing prorated on I)<br>Atty fees in plan $0 don't match 2016(b) $1,500<br>Plan pays joint creditors 100%, pro rata to others<br>TxE est. equity in RE $226,800 |
| **Motion/Objections:** | |
| **Income/DI:** | |
| **Tax/Refund History:** | |
| **Expense:** | - Verify Husband's car and expenses and need p/o<br>- $240.70/mo 401k loan per paystub. Need p/o. |
| **Chapter 7 Liquidation:** | - Est. $226,800 TxE equity in RE<br>- 2 Chime accts (#5778 & #5497) on paystubs, but not listed on Sch B. Add accts to Sch B. |
| **Schedules:** | Sch B--Add both Chime acct #5778 & #5497 per paystubs.<br>Sch. C--add limiting language to TxE for JT/IRS |
| **Other:** | Need DSO |

Meeting Conducted By: Rebecca Herr, Trustee

Reviewed By: Rebecca Herr, Trustee

Reviewed Date: 8/26/21